JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Bob J. Settle

(b) County of Residence of First Listed Plaintiff: **Kansas**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Bob J. Settle, Pro Se

## DEFENDANTS
Southwest Credit Systems, L.P.

County of Residence of First Listed Defendant: **Plano, Texas**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
Jason P. Roth
A. Scott Waddell

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
Citizen of This State: PTF [X] 1

## IV. NATURE OF SUIT
[X] 480 Consumer Credit

## V. ORIGIN
[X] 2 Removed from State Court

## VI. CAUSE OF ACTION
28 U.S.C. § 1331
Brief description of cause: Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:
DEMAND $ Actual & Punitive Damages
JURY DEMAND: [X] Yes

DATE: 7/30/09

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY